**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO DE LEON JUAREZ,   )<br>    )<br>        Petitioner,   )<br>    )<br>    v.   )<br>    )<br>DERRAL G. ADAMS, Warden,   )<br>    )<br>        Respondent.   )<br>_____)  | NO. CV 07-533-GW(E)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation with the following revisions and corrections:

    1.  At page five, footnote 5, in the second sentence, delete the words "the Ninth Circuit's docket" and insert the words "the California Supreme Court's docket";

    2.  At page 28, line 15, delete the citation following "Butler v. Curry" and insert: "528 F.3d at 634-39."

1  IT IS ORDERED that (1) a writ of habeas corpus is conditionally
2 granted, in that Respondent shall treat Petitioner's upper term
3 sentence as a middle term sentence, unless within ninety (90) days of
4 the entry of Judgment, Petitioner is resentenced in compliance with
5 <u>Blakely v. Washington</u>, 542 U.S. 296 (2004) and <u>Cunningham v.
6 California</u>, 549 U.S. 270, 127 S. Ct. 856 (2007); and (2) the Petition
7 otherwise is denied with prejudice.

9  IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
10 the Magistrate Judge's Report and Recommendation and the Judgment
11 herein by United States mail on Petitioner and counsel for Respondent.

13  LET JUDGMENT BE ENTERED ACCORDINGLY.

15  DATED: January 7, 2009

18  _____
       GEORGE H. WU
19     UNITED STATES DISTRICT JUDGE