**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HUGO DE LEON JUAREZ, | ) | NO. CV 07-533-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL G. ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) a writ of habeas corpus is conditionally granted in that Respondent shall treat Petitioner's upper term sentence as a middle term sentence, unless within ninety (90) days of the entry of Judgment, Petitioner is resentenced in compliance with

///
///
///
///

Blakely v. Washington, 542 U.S. 296 (2004) and Cunningham v. California, 549 U.S. 270, 127 S. Ct. 856 (2007); and (2) the Petition otherwise is denied with prejudice.

DATED: January 7, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE